## VERIFICATION

I, S▮▮▮ K▮▮▮, declare as follows:

1. I am a Plaintiff in the present case, a citizen of the United States of America, and a resident of the State of Tennessee.

2. My child is susceptible to increased risk through the COVID-19 ~~vaccination~~ virus (sic) and its variants.

3. I have personal knowledge of the facts set forth about my child, the impact of the lack of masking requirements upon her, and the urgent need for a masking mandate.

4. If called on to testify I would competently testify as to the matters stated herein. So long as my daughter & my identity are protected. (sk)

5. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this Complaint concerning my child, and my intentions with this action are true and correct, as are the factual statements concerning my child. 28 U.S.C. § 1746.



DATE: November 3, 2021

1

## VERIFICATION

I, K███ P███ declare as follows:

1. I am a Plaintiff in the present case, a citizen of the United States of America, and a resident of the State of Tennessee.

2. My child is susceptible to increased risk through the COVID-19

3. I have personal knowledge of the facts set forth about my child, the impact of the lack of masking requirements upon her, and the urgent need for a masking mandate.

4. If called on to testify I would competently testify as to the matters stated herein.

5. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this Complaint concerning my child, and my intentions with this action are true and correct, as are the factual statements concerning my child. 28 U.S.C. § 1746.



DATE: November 3, 2021

1

## VERIFICATION

I, L███ H███, declare as follows:

1. I am a Plaintiff in the present case, a citizen of the United States of America, and a resident of the State of Tennessee.

2. My child is susceptible to increased risk through the COVID-19

3. I have personal knowledge of the facts set forth about my child, the impact of the lack of masking requirements upon him, and the urgent need for a masking mandate.

4. If called on to testify I would competently testify as to the matters stated herein.

5. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this Complaint concerning my child, and my intentions with this action are true and correct, as are the factual statements concerning my child. 28 U.S.C. § 1746.



DATE: November 3, 2021

1

# VERIFICATION

I, J███ K██, declare as follows:

1. I am a Plaintiff in the present case, a citizen of the United States of America, and a resident of the State of Tennessee.

2. My child is susceptible to increased risk through the COVID-19.

3. I have personal knowledge of the facts set forth about my child, the impact of the lack of masking requirements upon her, and the urgent need for a masking mandate.

4. If called on to testify I would competently testify as to the matters stated herein.

5. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this Complaint concerning my child, and my intentions with this action are true and correct, as are the factual statements concerning my child. 28 U.S.C. § 1746.



DATE: November 3, 2021

# VERIFICATION

I, M███ W███, declare as follows:

1. I am a Plaintiff in the present case, a citizen of the United States of America, and a resident of the State of Tennessee.

2. My child is susceptible to increased risk through the COVID-19 virus.

3. I have personal knowledge of the facts set forth about my child, the impact of the lack of masking requirements upon him, and the urgent need for a masking mandate.

4. If called on to testify I would competently testify as to the matters stated herein.

5. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this Complaint concerning my child, and my intentions with this action are true and correct, as are the factual statements concerning my child. 28 U.S.C. § 1746.

_[signature redacted]_

DATE: November 3, 2021

1

# VERIFICATION

I, J███ W███, declare as follows:

1. I am a Plaintiff in the present case, a citizen of the United States of America, and a resident of the State of Tennessee.

2. My child is susceptible to increased risk of severe reaction and even death if infected with COVID-19 and its variants.

3. I have person knowledge of the facts set forth about my child, the impact of the lack of masking requirements on him, and the urgent need for a masking mandate.

4. If called upon to testify, I would competently testify as to the matters stated herein.

5. I verify under penalty of perjury under the laws of the United States of American and pursuant to 28 U.S.C. § 1746 that the factual statements in this Complaint concerning my child, and my intentions with this action are true and correct, as are the factual statements concerning my child.

[signature]

Date: November 5, 2021

# VERIFICATION

I, K█████ M█████, declare as follows:

1. I am a Plaintiff in the present case, a citizen of the United States of America, and a resident of the State of Tennessee.

2. My child is susceptible to increased risk of severe reaction and even death if infected with COVID-19 and its variants.

3. I have person knowledge of the facts set forth about my child, the impact of the lack of masking requirements on her, and the urgent need for a masking mandate.

4. If called upon to testify, I would competently testify as to the matters stated herein.

5. I verify under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that the factual statements in this Complaint concerning my child, and my intentions with this action are true and correct, as are the factual statements concerning my child.



Date: November 5, 2021