**From:** Carol Birdsong <noreply@wcs.edu>
**Date:** November 12, 2021 at 5:50:14 PM CST
**To:** WILLIAMSON COUNTY SCHOOLS Recipients
<recipients@wcs.parentlink.net>
**Subject: New Law Takes Effect Immediately**
**Reply-To:** Carol Birdsong <noreply@wcs.edu>

 Hello Williamson County Students, Families and Staff,

As you may know, the Tennessee State Legislature met in special session late last month and passed legislation that eliminates our mask requirement based on the number of positive cases in our community. The Governor signed the legislation into law late today. You may also recall that we were under a federal court order to require masks. While that case remains active, the terms of the current temporary order do not conflict with us following this new State law.

Effective immediately, the mask requirement is no longer applicable for students, staff, volunteers and visitors in Williamson County Schools.

As shown on the district website, active COVID-19 case numbers in our school communities are substantially lower than what we were experiencing earlier in the school year.  As of Friday, November 12, we have 74 reported COVID cases among students and 14 among staff.  There are no reported student cases in 23 of our 49 school sites. There are no reported staff cases in 40 of our schools.

Students, employees, volunteers or visitors who want to continue to wear a mask are welcome to do so. If your child needs an additional accommodation, please email your school principal.

Thank you!

Carol Birdsong
Executive Director of Communications