

Hello FSSD Families,

Following the Tennessee State Legislature's special session on October 30, Governor Bill Lee has signed a bill into law this afternoon that changes how the state responds to COVID-19, including the elimination of school mask requirements. Our district is currently under a federal court order that prohibits families from voluntarily opting students out of our current school board-approved mask requirement. While that case remains active, the Franklin Special School District's legal counsel has advised the district to follow the new law.

Effective Monday, November 15, masks will no longer be required for students, staff, or visitors in the Franklin Special School District. We are optimistic about our COVID numbers as they have continued to trend down in our school community. As of today, November 12, we have 19 reported COVID cases among students and staff.

Students, employees, or visitors who want to continue to wear a mask are welcome to do so. If your child needs additional accommodations, please contact your school principal.

Thank you.