UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **R.K. et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) No. 3:21-cv-00853 |
| | ) |
| **GOVERNOR BILL LEE, in his official capacity as GOVERNOR OF TENNESSEE et al.,** | ) ) ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The status conference set for **Monday, November 15, 2021,** at 1:00 p.m., will take place in Courtroom 873.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE