# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **R.K, et al.** | ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) NO. 3:21-cv-00853 |
| **GOVERNOR BILL LEE, et al.** | ) ) ) |
| **Defendants.** | ) |

## ORDER

In accordance with the discussion at the status conference on November 15, 2021, the Court confirms the following schedule:

1. The Court will hold an evidentiary hearing commencing at 9:00 a.m. on **November 19, 2021**;

2. By 9:00 a.m. on **November 18, 2021**, the parties shall file their witness and exhibit lists and for each expert witness provide his or her curriculum vitae and report. The witness list shall contain a 1-2 sentence description of the testimony expected to be elicited from each witness. Also, by that deadline, the parties shall file prehearing briefs, and provide the Court with copies of the exhibits they intend to introduce at the hearing. If the parties intend to present any witness(es) by video, prior arrangements shall be made with the Courtroom Deputy.

3. An official transcript of the evidentiary hearing will be available at 9:00 a.m. on **November 22, 2021**;

4. On or before noon on **November 26, 2021**, the parties shall file post-hearing briefs. Those briefs shall include an analysis of the funding issues alleged in the Complaint,

as well as discuss in detail whether the new legislation provides for a reasonable accommodation within the meaning of the ADA. Further, the parties shall present evidence on these issues at the hearing on **November 19, 2021**; and,

5. Reply briefs shall be filed on or before 5:00 p.m. on **November 29, 2021**.

Pending further order of the Court, the STATUS QUO shall be maintained.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE