UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| R.K., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOVERNOR BILL LEE, et al.,<br><br>    Defendants. | Case No. 3:21-cv-00853<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

This matter is related to *R.K. et al. v. Lee et al.*, Case No. 3:21-cv-00725, which is assigned to Magistrate Judge Frensley. Accordingly, the Clerk's Office is DIRECTED to transfer this matter to Magistrate Judge Frensley for all future proceedings.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge