UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **R.K., a minor, by and through her mother and and next friend, J.K; W.S., a minor, by and through her parent and next friend, M.S.; S.B., a minor, by and through his parents and next friends, M.B and L.H.; M.S., a minor, by and through her parent andnext friend, K.P.; T.W., a minor, by and through her parent and next friend, M.W.; M.K., a minor, by and through her parent and next friend, S.K.; E.W., a minor, by and through his parent and next friend, J.W.; and J.M., a minor, by and through her parent andnext friend, K.M; and on behalf of those similarly situated,** <br><br>　　　　**Plaintiffs,** <br><br>　　v. <br><br>**BILL LEE, in his official capacity as Governor of Tennessee; and PENNY SCHWINN, in her official capacity as Commissioner of the Tennessee Department of Education,** <br><br>　　　　**Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No: 3:21-cv-00853 |

## ORDER

　　For the reasons set forth in detail in the accompanying Memorandum Opinion, Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 5) is hereby **GRANTED IN PART** as follows:

　　Pending further order of the Court, Defendant Bill Lee, in his official capacity as Governor of Tennessee, and Penny Schwinn, in her official capacity as Commissioner of the Tennessee Department of Education, together with their successors, assigns, and all those working on their behalf as set forth in Fed. R. Civ. P. 56(d)(2), are hereby **ENJOINED** from enforcing (1) Tennessee

Code Annotated § 14-2-104 "Face coverings for schools"; and Tennessee Code Annotated § 14-4-101(b) to the extent that it prohibits local health officials and schools from making quarantining decisions as they relate to schools as defined by the Tennessee Code in Title 14.

The Court finds that no security is required under Fed. R. Civ. P. 65(c).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE