UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

R.K., a minor, by and through her mother and next
friend, J.K;

W.S., a minor, by and through her parent and
next friend, M.S.;

S.B., a minor, by and through his parents
and next friends, M.B and L.H.;

M.S., a minor, by and through her parent and
next friend, K.P.;

T.W., a minor, by and through her parent and
next friend, M.W.;

M.K., a minor, by and through her parent
and next friend, S.K.;

E.W., a minor, by and through his parent
and next friend, J.W.; and

J.M., a minor, by and through her parent
and next friend, K.M;

and on behalf of those similarly situated,

    Plaintiffs,

v.

BILL LEE, in his official capacity as Governor
of Tennessee; PENNY SCHWINN, in her official capacity
as Commissioner of the Tennessee Department of Education,

    Defendants.

Case No. **3:21-cv-00853**

Chief Dist. Judge Crenshaw

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

**COME THE PLAINTIFFS, R.K., et al.** (hereinafter "Plaintiffs"), and hereby move this Court pursuant to 42 U.S.C. § 12205 and 42 U.S.C. §1988 for an award of attorneys' fees and costs in this action. They show:

1. On November 11, 2021, in a legislative response to all three injunctions against the Governor's Executive Order 84, the Tennessee General Assembly passed a new law with provisions limiting masks and other accommodations in the schools. Tenn. Code Ann. § 14-1-101 *et seq.*

2. Plaintiffs in this case, immediately filed a fourth case, *R.K. II*, with Judge Crenshaw blocking these state law provisions as interfering with the ADA and Section 504 as well. *R.K. II*, 2021 U.S. Dist. LEXIS 236817 (M.D. Tenn. Dec. 10, 2021).

3. This matter is now ripe for addressing attorneys' fees and costs as the prevailing party as interim relief.

4. Plaintiffs hereby move for reasonable attorneys' fees and costs based upon contemporaneously filed Memorandum and Supporting Declarations.

5. For all these reasons in the Motion and accompanying Memorandum, Plaintiffs request the motion for attorneys' fees and expenses be granted.

Respectfully Submitted,

**GILBERT LAW, PLC**

/s Justin S. Gilbert
Justin S. Gilbert (TN Bar No. 017079)
100 W. Martin Luther King Blvd, Suite 501
Chattanooga, TN 37402
Telephone: 423.756.8203
Facsimile: 423.756.2233
justin@schoolandworklaw.com


**THE SALONUS FIRM, PLC**
/s Jessica F. Salonus
JESSICA F. SALONUS (28158)
139 Stonebridge Boulevard
Jackson, Tennessee 38305
Telephone: (731) 300-0970
Facsimile: 731.256.5711
jsalonus@salonusfirm.com



**DONATI LAW, PLLC**
/s/Bryce W. Ashby
Bryce W. Ashby—TN Bar #26179
Brice M. Timmons—TN Bar #29582
Craig A. Edgington—TN Bar #38205
1545 Union Avenue
Memphis, TN 38104
Phone: 901.278.1004
Fax: 901.278.311
bryce@donatilaw.com
brice@donatilaw.com
craig@donatilaw.com

***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I certify that this Motion for Attorneys Fees and Costs was served upon counsel of record at the contact information below for the Defendants, through the Court's ECF filing system on December 23, 2021.

**GOVERNOR BILL LEE**
**COMMISSIONER PENNY SCHWINN**
James R. Newsom (#6683)
Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202
Telephone: 615-741-2472
Jim.newsom@ag.tn.gov
*ATTORNEY FOR GOVERNOR BILL LEE AND PENNY SCHWINN,*
*IN THEIR OFFICIAL CAPACITY*

/s/ Jessica F. Salonus

## CERTIFICATE OF CONSULTATION

I certify that Plaintiffs' counsel, Bryce Ashby, conferred with Jim Newsom regarding this motion and that Mr. Newsom's client respectfully declined to agree on this date, December 23, 2021.

/s/ Jessica F. Salonus