# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **R.K.,** *et al.*, | ) |
| Plaintiffs, | ) No. 3:21-cv-00853 |
| v. | ) Chief Judge Crenshaw |
| | ) Magistrate Judge Frensley |
| **GOVERNOR BILL LEE,** *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Defendant Bill Lee, in his official capacity as Governor of the State of Tennessee, and Penny Schwinn, in her official capacity as Commissioner of the Tennessee Department of Education (collectively, "Defendants"), give notice of their appeal to the U.S. Court of Appeals for the Sixth Circuit from the district court's December 10, 2021 Order (ECF 46) granting a preliminary injunction that enjoins enforcement of Tenn. Code Ann. § 14-2-104 statewide and enjoins enforcement of Tenn. Code Ann. § 14-4-101(b) statewide, to the extent that subsection prohibits local health officials and schools from making quarantining decisions as they relate to schools. Defendants also appeal the factual findings and legal conclusions (ECF 45) on which the Order (ECF 46) is based.

1

Respectfully submitted,

HERBERT H. SLATERY III
ATTORNEY GENERAL AND REPORTER

*s/ Reed N. Smith*
James R. Newsom - TN Bar No. 6683
Reed N. Smith - VA Bar No. 77334*
Matthew Dowty - TN Bar No. 32078
Stephanie Bergmeyer - TN Bar No. 27096
*Admitted *pro hac vice*

Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(901) 543-2473
Jim.Newsom@ag.tn.gov
Reed.Smith@ag.tn.gov
Matthew.Dowty@ag.tn.gov
Stephanie.Bergmeyer@ag.tn.gov
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

        I hereby certify that on December 30, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties as indicated below. Parties may access this filing through the Court's electronic filing system.

Brice M. Timmons
Bryce W. Ashby
Craig A. Edgington
Donati Law Firm LLP
brice@donatilaw.com
bryce@donatilaw.com
craig@donatilaw.com
*Counsel for Plaintiffs*

Jessica F. Salonus
The Salonus Firm, PLC
jsalonus@salonusfirm.com
*Counsel for Plaintiffs*

Justin S. Gilbert
Gilbert Law PLC
justin@schoolandworklaw.com
*Counsel for Plaintiffs*

                                              *s/ Reed N. Smith*
                                              Reed Smith - VA Bar No. 77334*
                                              Acting Assistant Attorney General
                                              **Admitted Pro Hac Vice*