**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 05, 2023

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

      Re:  Case No. 22-5004, *R. K., et al v. Bill Lee, et al*
           Originating Case No. : 3:21-cv-00853

Dear Ms. Hill,

  Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Austin D. Tyree
                                for Monica Page, Case Manager

cc:  Mr. Bryce W. Ashby
      Mr. Matthew Dowty
      Mr. Craig A. Edgington
      Mr. Justin Scott Gilbert
      Mr. James Robert Newsom III
      Ms. Jessica Farriis Salonus
      Mr. Reed Neal Smith
      Mr. Brice Moffatt Timmons
      Mr. Robert W. Wilson

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-5004

_____

Filed: January 05, 2023

R. K., a minor, by and through her mother and next friend, J.K.; W. S., a minor, by and through her parent and next friend, M.S.; S. B., a minor, by and through his parents and next friends, M.B and L.H.; M. S., a minor, by and through her parent and next friend, K.P.; T. W., a minor, by and through her parent and next friend, M.W.; M. K., a minor, by and through her parent and next friend, S.K.; E. W., a minor, by and through his parent and next friend, J.W.; J. M., a minor, by and through her parent and next friend, K.M. and on behalf of those similarly situated

    Plaintiffs - Appellees

v.

BILL LEE, in his official capacity as Governor of Tennessee; PENNY SCHWINN, in her official capacity as Commissioner of the Tennessee Department of Education

    Defendants - Appellants

## MANDATE

   Pursuant to the court's disposition that was filed 11/18/2022 the mandate for this case hereby issues today.

 COSTS:  None