UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| R.K., a minor, by and through her mother and and next friend, J.K; W.S., a minor, by and through her parent and next friend, M.S.; S.B., a minor, by and through his parents and next friends, M.B and L.H.; M.S., a minor, by and through her parent and next friend, K.P.; T.W., a minor, by and through her parent and next friend, M.W.; M.K., a minor, by and through her parent and next friend, S.K.; E.W., a minor, by and through his parent and next friend, J.W.; and J.M., a minor, by and through her parent and next friend, K.M; and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BILL LEE, in his official capacity as Governor of Tennessee; and PENNY SCHWINN, in her official capacity as Commissioner of the Tennessee Department of Education, <br><br> Defendants. | No: 3:21-cv-00853 |

## ORDER

In light of the Mandate (Doc. No. 69) issued by the United States Court of Appeals for the Sixth Circuit on January 5, 2023, this Case is hereby **DISMISSED** for lack of jurisdiction.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE